IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:00-CV-127-H(4)

FILED
SEP 25 2000
DAVID W. DANIEL, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP. CLERK

| | |
|---|---|
| DOMESTIC FABRICS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ANSWER** |
| ) | |
| SEARS ROEBUCK & CO. ) | |
| ) | |
| Defendant. ) | |

NOW COMES Defendant, through counsel, and responds to the allegations of the Complaint as follows:

1. Denied, except it is admitted that Plaintiff purports to be asserting a patent infringement action and that jurisdiction and venue are proper in this Court.

2. Denied for lack of information.

3. Admitted.

4. It is admitted that Domestic Fabrics is listed on the '553 patent as the assignee. Except as admitted herein, denied.

5. Denied.

6. Denied.

7. Denied.

It is expressly denied that Plaintiff is entitled to any relief whatsoever.

## FIRST DEFENSE

Defendant's manufacture, use, sale or offer for sale of its products do not infringe any claim of U.S. Patent No. 5,636,533.

WHEREFORE, Defendant prays unto the Court that:

1. Plaintiff have and recover nothing of it;

2. This action be dismissed with prejudice;

3. It declare that U.S. Patent No. 5,636,533 has never been, and is not now, infringed by Sears or by any other person using Sears' products in this judicial district or anywhere in the United States;

4. The costs of this action, including Defendant's reasonable attorney's fees, be taxed against Plaintiff;

5. There be trial by jury on all issue so triable; and

6. For such further relief as the Court deems just and proper.

This the 25th day of September, 2000.

*Lee F. Grossman (by MD)*

Patrick D. Ertel
Lee F. Grossman
Jennifer P. Goetsch
Marshall, O'Toole, Gerstein, Murray & Borun
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6402
Telephone No.: (312) 474-6300
(312) 474-0448 (Fax)
**Counsel for Defendant**

*Mark A. Davis*

Mark A. Davis (N.C. Bar No. 18142)
WOMBLE CARLYLE SANDRIDGE & RICE
*A Professional Limited Liability Company*
Post Office Box 831
Raleigh, North Carolina 27602
Telephone No.: (919) 755-2191
(919) 755-6062 (Fax)
**Local Rule 2.04 Counsel for Defendant**

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing **ANSWER** in the above-captioned action upon all other parties to this cause by depositing a copy hereof in a postpaid wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service, addressed as follows:

ADDRESSEES:

Larry L. Coats, Esquire
David E. Bennett, Esquire
Coats & Bennett, P.L.L.C.
Post Office Box 5
Raleigh, NC 27605

P.C. Barwick, Jr., Esquire
Richard Landis, Esquire
Wallace, Morris & Barwick, P.A.
131 South Queen Street
P.O. Box 3557
Kinston, NC 28502

This the 25th day of September, 2000.

_____
Mark A. Davis

R#355332.1

4