IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:00-CV-127-H(4)

| | |
|---|---|
| DOMESTIC FABRICS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SEARS, ROEBUCK & CO. | ) |
| | ) |
| Defendant. | ) |

## ORDER

The undersigned presiding judge, having received and considered the *Consent Motion for Extension of Time*, hereby finds that good cause exists for an extension. Wherefore, it is hereby ORDERED that Domestic Fabrics Corporation have up to April 17, 2003 to file and serve opposing affidavits and/or a response to *Sears' Motion for New Trial Under Fed. R. Civ. P. 59, or in the Alternative, for Relief for Judgment under Fed. R. Civ. P. 60(b) to Annul Sears' Stipulation to Withdraw Affirmative Defenses of Unclean Hands and Invalidity of U.S. Patent No. 5,636,533 and for Leave to Amend its Answer and Affirmative Defenses.*

This the 8th April, 2003.

Presiding Judge
Eastern District of North Carolina