IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:00-CV-127-H(4)

DOMESTIC FABRICS CORPORATION,  )
                               )
       Plaintiff,              )
                               )
                               )
    v.                         )    **ORDER**
                               )
                               )
SEARS, ROEBUCK & CO.,          )
                               )
       Defendant.              )

The court hereby schedules a hearing for Wednesday, July 9, 2003, at 10:00 a.m. at the United States District Court in Greenville, North Carolina. The parties should be prepared to address the merits of defendant's motion for a new trial pursuant to Rule 59 or 60 of the F.R.C.P., its motion to annul its prior stipulation concerning the withdrawal of the affirmative defenses of unclean hands and patent invalidity, as well as its motion for leave to refile said affirmative defenses. The parties are also free to address such other matters as they deem relevant to the adjudication of the aforementioned issues.

This 19th day of June, 2003.

MALCOLM J. HOWARD
United States District Judge

At Greenville, NC
#4

COPIES SERVED: